# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD VARGAS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AUDEZE LLC,<br><br>　　　　　　　Defendant. | Civil Action No. 1:22-cv-12061<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate that all claims that were, or could have been, asserted by Plaintiff Arnold Vargas against Defendant Audeze LLC in this Action are hereby dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses, and with all rights of appeal waived.

Dated: March 7, 2023

| **BLOCK & LEVITON LLP** | **PIERCE ATWOOD LLP** |
|---|---|
| */s/ Jason M. Leviton* <br>Jason M. Leviton, Esq. (BBO#678331)<br>jason@blockleviton.com<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>Phone: (617) 398-5600<br><br>*Attorneys for Plaintiff Arnold Vargas* | */s/ Melanie A. Conroy*<br>Melanie A. Conroy<br>mconroy@pierceatwood.com<br>100 Summer Street, Suite 2250<br>Boston MA 02110<br>Phone: (617) 488-8119<br><br>*Attorneys for Defendant Audeze LLC* |

2

## CERTIFICATE OF SERVICE

I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 7th day of March, 2023.

　　　　　　　　　　　　　　　　　　　　 /s/ Jason M. Leviton
　　　　　　　　　　　　　　　　　　　　Jason M. Leviton